IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY PASQUALE, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : No. 09-1735 |
| | : |
| GENERAL SCIENCES, INC., | : |
| PETER ZAVITSANOS, | : |
| ALICE ZAVITSANOS and | : |
| EVELYN DOWNS, | : |
| | : |
| Defendants. | : |

## O R D E R

**AND NOW**, this 19th day of April, 2010, after a hearing in open court and upon consideration of Defendants' Motion for Summary Judgment Regarding Number of Employees (Doc. No. 10), and the Responses and Replies thereto, it is hereby **ORDERED** that:

(1) Defendants' Motion is **GRANTED**;

(2) Count I of Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**;

(3) Counts II, III and IV of Plaintiff's Complaint are **DISMISSED WITHOUT PREJUDICE**;

(4) Defendants' Motion for Partial Summary Judgment for Claims Barred by Applicable Statute of Limitations (Doc. No. 18) is **DENIED AS MOOT**; and

(5) Defendants' Motion for Summary Judgment for Failure to

Establish a Prima Facie Case (Doc. No. 20) is **DENIED AS MOOT**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE